DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HAROLD STEWART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-364

_____

September 6, 2023

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

     Affirmed.

NORTHCUTT, CASANUEVA, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.